**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ERSULA E. BUTLER,**

    **Plaintiff,**

vs.                                                           **Case No. 4:12cv441-WS/CAS**

**MY FAMILY, et al.,**

    **Defendants.**

    _____/

## ORDER and REPORT AND RECOMMENDATION

    Plaintiff, proceeding pro se, has submitted a complaint, doc. 1, and a motion for leave to proceed in forma pauperis , doc. 2.  Plaintiff is homeless, has no mailing address, and no income from her job as an angel working for God.  The motion is granted, and Plaintiff will not be required to pay a filing fee for this case.

    Because Plaintiff provides no address, she must return to the Clerk's Office to obtain any court orders.  Should Plaintiff do so, Plaintiff is advised that this case cannot proceed.  Plaintiff has named her family as a Defendant and claims they changed the course of her life and pointed their fingers at her, and left her helpless.  That is not a federal constitutional claim.  Plaintiff also names "successful members of society" as another Defendant, but service could never be carried out on that Defendant even if Plaintiff stated a claim, which she has not.  Plaintiff has named Appalachee Mental Services as another Defendant, but Plaintiff states only that she was mistaken and

thought "they were into intelligence and modernality."  That does not state a claim.  Finally, Plaintiff's claim against the Social Security Office is that the wage level is too low.  Accepting that as true, it does not state a viable claim.

In light of the fact that there are improper Defendants in a civil rights case, the fact that Plaintiff does not present any facts which remotely suggest there is a federal claim at issue, this case should be summarily dismissed.  Should Plaintiff return to the Clerk's Office to obtain this Order and Report and Recommendation, Plaintiff is advised that she has two weeks (14 days) in which to file objections to this recommendation to dismiss this case.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion for leave to proceed in forma pauperis, doc. 2, is **GRANTED**.

2.  The Clerk of Court shall file the complaint without requiring payment of the filing fee.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on September 6, 2012.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**